AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Carnes, Julie E. | 2. Court or Organization<br><br>Eleventh Circuit | 3. Date of Report<br><br>01/06/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☑ Nomination    Date 01/06/2014<br>☐ Initial    ☐ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>01/05/2014 |

| 7. Chambers or Office Address<br><br>2167 U.S. Courthouse<br>75 Spring Street, S.W.<br>Atlanta, Georgia 30303 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Executor | Estate #1 |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2013 | lawyer - self-employed |
| 2. | 2013 | part-time employee, University System of Georgia, stipend |
| 3. | 2014 | lawyer - self-employed |
| 4. | 2014 | part-time employee, University System of Georgia, stipend |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Associated Credit Union cash acc't | A | Interest | M | T | Exempt | | | | |
| 2. | SunTrust Bank cash acc't | A | Interest | N | T | | | | | |
| 3. | Trust #1 | | | | | | | | | |
| 4. | - Suntrust Bank cash account | A | Interest | J | T | | | | | |
| 5. | - Northwestern Mutual whole life insurance | B | Dividend | K | T | | | | | |
| 6. | Wells Fargo Bank cash acc't | A | Interest | M | T | | | | | |
| 7. | Capital One 360 (formerly ING Direct) cash acc't | B | Interest | M | T | | | | | |
| 8. | Prudential Life Insurance Company Annuity | A | Dividend | O | T | | | | | |
| 9. | Athens GA Hsg Auth Rev UGARFDG East Campus 12/1/24 | C | Interest | L | T | | | | | |
| 10. | Clayton Cnty GA Dev Auth Rev Tuff Archives RF 07/01/2025 | C | Interest | L | T | | | | | |
| 11. | Fayette Co. GA Sch DT Maty: 03/01/2013 | B | Interest | | | | | | | |
| 12. | Fulton Cnty GA Dev Auth Rev Catholic B 11/15/2023 | B | Interest | K | T | | | | | |
| 13. | Gainesville-Hall Cnty GA HSPRV Northeast B RF 02/15/2045 | C | Interest | L | T | | | | | |
| 14. | Lowndes Cnty GA Pub Facs Maty: 06/01/2013 | A | Interest | | | | | | | |
| 15. | Liberty Co. GA Hosp Auth Maty: 08/01/2014 | B | Interest | K | T | | | | | |
| 16. | Gwinnett Co. GA Wtr & Swr Maty: 08/01/2015 | C | Interest | M | T | | | | | |
| 17. | GA ST Hsg&Fin AU Single Fam Mtg Sr.A,Subsr A-2-AMT due6/1/16 | B | Interest | L | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
   A =$1,000 or less
   B =$1,001 - $2,500
   C =$2,501 - $5,000
   D =$5,001 - $15,000
   E =$15,001 - $50,000
   F =$50,001 - $100,000
   G =$100,001 - $1,000,000
   H1 =$1,000,001 - $5,000,000
   H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
   J =$15,000 or less
   K =$15,001 - $50,000
   L =$50,001 - $100,000
   M =$100,001 - $250,000
   N =$250,001 - $500,000
   O =$500,001 - $1,000,000
   P1 =$1,000,001 - $5,000,000
   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000
   P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
   Q =Appraisal
   R =Cost (Real Estate Only)
   S =Assessment
   T =Cash Market
   U =Book Value
   V =Other
   W =Estimated

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Fayette Co. GA Sch DT Maty: 03/01/2017 | B | Interest | K | T | | | | | |
| 19. Cobb Cnty GA Dev Auth Rev Ser A CIFG due 7/15/17 | B | Interest | L | T | | | | | |
| 20. Gainesville GA Wtr & Sew Rev Maty: 11/15/2017 | B | Interest | L | T | | | | | |
| 21. Tampa FLA Health Sys Rev Baycare Health RF 11/15/2023 | B | Interest | L | T | | | | | |
| 22. Schwab Money Market Fund cash acc't | A | Interest | M | T | | | | | |
| 23. American Fund (AMCAP Fund) | A | Dividend | | | | | | | |
| 24. American Fund (Washington Mutual Inv.) | A | Dividend | | | | | | | |
| 25. American Fund (Capital World Bond Fund) | A | Dividend | | | | | | | |
| 26. American Fund (Euro Pacific Growth Fund) | A | Dividend | | | | | | | |
| 27. American Fund (Investment Co. of America) | A | Dividend | | | | | | | |
| 28. American Fund (New Perspective Fund) | A | Dividend | | | | | | | |
| 29. American Fund (New Economy Fund) | A | Dividend | | | | | | | |
| 30. Value Line Premier Growth Fund (VALSX) | A | Dividend | | | | | | | |
| 31. Bestbank cash acc't | A | Interest | K | T | | | | | |
| 32. Merrill Lynch Bank cash acc't | A | Interest | M | T | | | | | |
| 33. BB&T Bank cash acc't | A | Interest | M | T | | | | | |
| 34. Phoenix AZ Ser A Maty: 7/01/21 | D | Interest | M | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 01/06/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Kentucky ST PPTY & BLDGS Nov 01/18 | D | Interest | M | T | | | | | |
| 36. JEA FLA ELEC SYS REV SUB-SER SER B B RF Maty: 10/1/22 | D | Interest | M | T | | | | | |
| 37. Pennsylvania ST First Ser A Nov 01/17 | D | Interest | M | T | | | | | |
| 38. Maine Mun Bd Bk Lt Ser C Nov 01/17 | D | Interest | M | T | | | | | |
| 39. Ohio ST Major New ST Infrastructure PJ Rev 1 Jun 15/16 | D | Interest | M | T | | | | | |
| 40. Washington Cnty Ore. CLEAN WTR SVCS SEW REV A Maty: 10/1/19 | D | Dividend | M | T | | | | | |
| 41. ML US Treasury Money Fund cash acc't | A | Interest | J | T | | | | | |
| 42. The Endowment Registered Fund LP | A | Dividend | N | T | | | | | |
| 43. ALPS ALERIAN MLP ETF (AMLP) | A | Dividend | | | | | | | |
| 44. DWS RREEF GLOBAL INFRAST SEC FUND CL S (TOLSX) | C | Dividend | L | T | | | | | |
| 45. EATON VANCE RCHRD BRSTN EQUITY STRATGY FD (ERBIX) | A | Dividend | L | T | | | | | |
| 46. Pimco Unconstrained Bond Fund CL P (PUCPX) | B | Dividend | M | T | | | | | |
| 47. Blackrock Global Allocation FD INC INSTL (MALOX) | D | Dividend | M | T | | | | | |
| 48. Blackrock Multi Asset INCOME PORTFOLIO INSTL (BIICX) | C | Dividend | L | T | | | | | |
| 49. Alpine Ultra Short Tax Optimized Income Fund | A | Dividend | | | | | | | |
| 50. Goldman Sachs Strategic Income Fund CL 1 (GSZIX) | B | Dividend | L | T | | | | | |
| 51. Ishares Select Dividend Index Fund (DVY) | B | Dividend | L | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)  
A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000  
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)  
J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000  
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000  
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000

3. Value Method Codes: (See Column C2)  
Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market  
U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 01/06/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. ISHARES S&P 100 (OEF) | A | Dividend | L | T | | | | | |
| 53. JP MORGAN INCOME BUILDER FUND CL SELECT (JNBSX) | A | Dividend | L | T | | | | | |
| 54. JP MORGAN STRATEGIC INCOME OPP FUND (JSOSX) | A | Dividend | K | T | | | | | |
| 55. Pimco All Asset All Authority Fund CL P (PAUPX) | B | Dividend | | | | | | | |
| 56. Pimco Income Fund CL P (PONPX) | C | Dividend | L | T | | | | | |
| 57. POWERSHARES CEF INCOME COMPOSITE PORTFOL (PCEF) | B | Dividend | | | | | | | |
| 58. PRUDENTIAL SHORT DUR HIGH YLD INCOME FD CL Z (HYSZX) | A | Dividend | K | T | | | | | |
| 59. Thornburg Limited Term Municipal Fund CL I (LTMIX) | B | Dividend | L | T | | | | | |
| 60. TRANSAMERICA MLP & ENERGY INCOME FUND CL I (TMLPX) | A | Dividend | L | T | | | | | |
| 61. Blackrock Eqty Dividend Fund Instl (MADVX) | B | Dividend | M | T | | | | | |
| 62. Franklin Rising Dividends FD (FRDAX) | B | Dividend | M | T | | | | | |
| 63. Franklin Income FD ADV (FRIAX) | C | Dividend | L | T | | | | | |
| 64. Loomis Sayles Strategic Inc FD (NEZYX) | B | Dividend | L | T | | | | | |
| 65. Pimco Total Return Fund CL P (PTTPX) | A | Dividend | | | | | | | |
| 66. Templeton GLBL Bond FD ADV CL (TGBAX) | C | Dividend | L | T | | | | | |
| 67. SPDR INDEX SHS FDS (FEZ) | B | Dividend | K | T | | | | | |
| 68. SPDR S&P Dividend ETF (SDY) | D | Dividend | M | T | | | | | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes            J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                          P3 =$25,000,001 - $50,000,000                                                    P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal            R =Cost (Real Estate Only)   S =Assessment              T =Cash Market
(See Column C2)           U =Book Value           V =Other                     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 01/06/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Parnassus Equity Income Fund Investor SH (PRBLX) | C | Dividend | L | T | | | | | |
| 70. Manning & Napier World Oppty A (EXWAX) | A | Dividend | L | T | | | | | |
| 71. Schwab S&P 500 Index FD (SWPPX) | B | Dividend | L | T | | | | | |
| 72. Scout Intl FD (UMBWX) | A | Dividend | K | T | | | | | |
| 73. Vanguard Growth ETF (VUG) | C | Dividend | M | T | | | | | |
| 74. Chicago ILL Brd Ed 5% 16GO UTX DUE 12/01/16 | A | Interest | | | | | | | |
| 75. JEA FLA Wtr & Swr 5% 21 REV DUE 10/01/21 | A | Interest | K | T | | | | | |
| 76. Minnesota PUB FACS 5% 20 REV DUE 03/01/20 | A | Interest | K | T | | | | | |
| 77. Minnesota ST 4% 18GO UTX DUE 08/01/18 | A | Interest | K | T | | | | | |
| 78. New York NY 5% 15GO UTX DUE 11/01/15 | A | Interest | K | T | | | | | |
| 79. Ohio State 5% 14GO DUE 11/01/14 | A | Interest | K | T | | | | | |
| 80. Plano TEX INDPT SCH 5% 13GO UTX DUE 02/15/13 | A | Interest | | | | | | | |
| 81. Texas ST 5% 19GO DUE 10/01/19 | A | Interest | K | T | | | | | |
| 82. Washington St 5.0% 16 EXIT DB DUE 07/01/16 | B | Interest | K | T | | | | | |
| 83. AMERICAN CENTURY MID CAP VALUE FD INV CL (ACMVX) | C | Dividend | K | T | | | | | |
| 84. American Century Inflation ADJ BD INV (ACITX) | B | Dividend | K | T | | | | | |
| 85. BARON SMALL CAP FUND (BSCFX) | B | Dividend | L | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. BROWN ADVISORY GROWTH EQUITY INST (BIAGX) | A | Dividend | L | T | | | | | |
| 87. COLUMBIA CONTRARIAN CORE FD CL Z (SMGSZ) | C | Dividend | L | T | | | | | |
| 88. EGSHARES ETF EMERGING MARKETS (ECON) | A | Dividend | J | T | | | | | |
| 89. FEDERATED TOTAL RETURN BOND FD INST CL (FTRBX) | B | Dividend | K | T | | | | | |
| 90. FIDELITY CONTRA FUND (FCNTX) | D | Dividend | M | T | | | | | |
| 91. FRANKLIN GROWTH FUND ADV CL (FCGAX) | A | Dividend | L | T | | | | | |
| 92. HARBOR INTERNATIONAL FUND INST CL (HAINX) | B | Dividend | L | T | | | | | |
| 93. ISHARES ETF AAA-A RATED CORPORATE (QLTA) | A | Dividend | J | T | | | | | |
| 94. ISHARES FTSE EPRA NAREIT GLOBAL REAL (IFGL) | A | Dividend | | | | | | | |
| 95. ISHARES S&P U S PFD FUND S&P U S PFD STK INDEX FD (PFF) | B | Dividend | K | T | | | | | |
| 96. ISHARES Core Total U.S. Bond Mkt ETF (AGG) | B | Dividend | L | T | | | | | |
| 97. ISHARES TR BOND 1-3 YEAR CREDIT BOND ETF (CSJ) | A | Dividend | K | T | | | | | |
| 98. ISHARES GOLD TRUST (IAU) | A | Dividend | J | T | | | | | |
| 99. ISHARES MSCI HONG KONG INDEX FUND (EWH) | A | Dividend | | | | | | | |
| 100. ISHARES MSCI UNITED KINGDOM INDX FD (EWU) | A | Dividend | J | T | | | | | |
| 101. ISHARES MSCI GERMANY INDEX FUND (EWG) | A | Dividend | K | T | | | | | |
| 102. ISHARES TR BARCLAYS 7-10 YR TREAS.BOND FD (IEF) | A | Dividend | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 01/06/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. ISHARES TR BARCLAYS TIPSBOND FUND (TIP) | A | Dividend | J | T | | | | | |
| 104. ISHARES TR RUSSELL 2000 RUSSELL 2000 INDEX FUND (IWM) | A | Dividend | K | T | | | | | |
| 105. LORD ABBETT SHORT DUR INCOME FD CL A (LALSZ) | C | Dividend | M | T | | | | | |
| 106. LORD ABBETT SHORT DURATION INCOME FD CL F (LDLFX) | A | Dividend | | | | | | | |
| 107. LORD ABBETT MULTI ASSET INCOME FUND (LIGFX) | A | Dividend | K | T | | | | | |
| 108. METROPOLITAN WEST TOTAL RETURN BOND M (MWTRX) | B | Interest | L | T | | | | | |
| 109. OAKMARK INT'L FUND (OAKIX) | C | Dividend | M | T | | | | | |
| 110. OPPENHEIMER EQUITY INCM FD CL A (QCV3Z) | D | Dividend | L | T | | | | | |
| 111. OPPENHEIMER DEVELOPING MKTS FD CL Y (ODVYX) | A | Dividend | L | T | | | | | |
| 112. PIMCO ETF 0-5 YR HIGH YIELD CORP (HYS) | A | Dividend | K | T | | | | | |
| 113. PIMCO FOREIGN BOND FD UNHEDGED CL D (PFBDX) | A | Dividend | K | T | | | | | |
| 114. POWERSHS DB COMMDTY INDX (DBC) | A | Dividend | J | T | | | | | |
| 115. POWERSHARES S&P ETF 500 LOW VOLATILITY (SPLV) | D | Dividend | M | T | | | | | |
| 116. POWERSHS EXCH TRAD FD TR EMERGING MKTS SOVEREIGN (PCY) | A | Dividend | | | | | | | |
| 117. POWERSHS QQQ TRUST SER 1 (QQQ) | A | Dividend | K | T | | | | | |
| 118. RIDGEWORTH HIGH INCOME CL 1: (STHTX) | A | Dividend | | | | | | | |
| 119. SENTINEL SMALL COMPANY I (SIGWX) | D | Dividend | K | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
  F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
  N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes (See Column C2)   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
  U =Book Value   V =Other   W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. SPDR BARCLAYS CAP SHORT TERM CORP BOND FUND (SCPB) | A | Dividend | K | T | | | | | |
| 121. S P D R S&P 500 ETF TR EXPIRING 01/22/2118 (SPY) | A | Dividend | K | T | | | | | |
| 122. SPDR GOLD TRUST SPDR GOLD SHARES (GLD) | A | Dividend | K | T | | | | | |
| 123. TCW TOTAL RETURN BOND FUND I CLASS (TGLMX) | C | Dividend | M | T | | | | | |
| 124. VANGUARD INTL EQTY ETF GLOBAL EX-US REAL ESTATE (VNQI) | A | Dividend | J | T | | | | | |
| 125. VANGUARD EQUITY INCOME FD INVESTOR SHRS (VEIPX) | A | Dividend | K | T | | | | | |
| 126. VANGUARD REIT (VNQ) | B | Dividend | K | T | | | | | |
| 127. VANGUARD SMALL CAP VALUE (VBR) | A | Dividend | K | T | | | | | |
| 128. VANGUARD WHITEHALL FUNDS HIGH DIVIDEND YIELD (VYM) | B | Dividend | L | T | | | | | |
| 129. VANGUARD BOND INDEX FUNDTOTAL BOND MARKET ETF (BND) | B | Dividend | K | T | | | | | |
| 130. VANGUARD DIV APPRCIATION (VIG) | A | Dividend | K | T | | | | | |
| 131. VANGUARD MSCI DEVELOPED MARKETS EAFE ETF (VEA) | A | Dividend | K | T | | | | | |
| 132. VANGUARD MSCI EMERGING MARKETS ETF (VWO) | A | Dividend | J | T | | | | | |
| 133. VANGUARD TOTAL STOCK MKT (VTI) | A | Dividend | K | T | | | | | |
| 134. WESTERN ASSET CORE PLUS BD FD I (WACPX) | C | Dividend | L | T | | | | | |
| 135. WISDOMTREE ASIA ETF LOCAL DEBT FUND (ALD) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 136. WISDOMTREE DIVIDEND EX FINANCIALS FUND (DTN) | A | Dividend | K | T | | | | | |
| 137. WISDOMTREE JAPAN HEDGED EQUITY FUND (DXJ) | A | Dividend | K | T | | | | | |
| 138. WISDOMTREE TRUST BRAZILIAN REAL FUND (BZF) | A | Dividend | J | T | | | | | |
| 139. GENL ELEC CAP CP 5.1%15 INTERNOTE DUE 08/15/15 | B | Interest | K | T | | | | | |
| 140. PRINCIPAL LIFE 5.10%14 NOTES DUE 04/15/14 | B | Interest | K | T | | | | | |
| 141. VERIZON GLOBAL 4.9%15 BONDS DUE 09/15/15 CALLABLE | B | Interest | K | T | | | | | |
| 142. LOEWS CORP 5.25%16 NOTES DUE 03/15/16 | B | Interest | K | T | | | | | |
| 143. STATE BK INDIA CD DUE 06/22/17 | A | Interest | L | T | | | | | |
| 144. AMERICAN MUN PWR REV DUE 02/15/23 | B | Interest | K | T | | | | | |
| 145. CALIFORNIA ST ECONO 3%13EXIT DUE 07/01/13 | A | Interest | | | | | | | |
| 146. CHARLESTON SC EDL EXCE 5%23REV DUE 12/01/23 | A | Interest | K | T | | | | | |
| 147. GEORGIA MUN GAS AUTH GAS REV TOCCOA PROJ DUE 6/01/20 | B | Interest | K | T | | | | | |
| 148. LOS ANGELES CALIF GO U/LTX DUE 07/01/17 | B | Interest | K | T | | | | | |
| 149. DALLAS FORT WORTH REV DUE 11/01/22 | A | Interest | K | T | | | | | |
| 150. HOUSTON TEX INDPT 5%23GO LTX DUE 02/15/23 | A | Interest | K | T | | | | | |
| 151. NEW YORK N Y CITY 5%17REV DUE 06/15/17 | A | Interest | K | T | | | | | |
| 152. PENNSYLVANIA ST 5%20GO UTX DUE 07/01/20 | C | Interest | K | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4) A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3) J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes (See Column C2) Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
U =Book Value  V =Other  W =Estimated

# VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. SAN FRANCISCO CALIF GO UTX DUE 06/15/18 | A | Interest | | | | | | | |
| 154. SAN FRANCISCO CALIF REV DUE 05/01/21 | A | Interest | K | T | | | | | |
| 155. SAN FRANCISCO CALIF GO U/LTX DUE 06/15/24 | A | Interest | K | T | | | | | |
| 156. TALLAHASSEE FLA HLTHFACSREV TALLAHASSEE MEM HLTHCARE 12/1/30 | C | Interest | L | T | | | | | |
| 157. VIRGINIA ST PUB SCH 5%17GO DUE 08/01/17 | A | Interest | K | T | | | | | |
| 158. WASHINGTON ST FOR 5%19GO LTX DUE 07/01/19 | A | Interest | K | T | | | | | |
| 159. WISCONSIN ST TRANSN 5%24REV DUE 07/01/24 | A | Interest | K | T | | | | | |
| 160. BLACKROCK STRATEGIC INCOME OPPRTNTS PTF (BSIIX) | B | Dividend | L | T | | | | | |
| 161. DOUBLELINE CORE FIXED INCOME FUND CL I (DBLFX) | A | Dividend | | | | | | | |
| 162. DOUBLELINE TOTAL RETURN BOND FUND CL I (DLBTX) | A | Dividend | | | | | | | |
| 163. EATON VANCE AMT FREE MUNICIPAL INCOME CL I (EVMBX) | C | Dividend | | | | | | | |
| 164. GOLDMAN SACHS SATELLITE STRATEGIES PORT FD I (GXSIX) | D | Dividend | N | T | | | | | |
| 165. ISHARES MSCI EAFE INDEX FUND (EFA) | A | Dividend | K | T | | | | | |
| 166. THORNBURG INVSMT INCOME BUILDER FUND CL I (TIBIX) | D | Dividend | M | T | | | | | |
| 167. VANGUARD VALUE ETF (VTV) | A | Dividend | K | T | | | | | |
| 168. YACKTMAN FUND CL SERVICE (YACKX) | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 01/06/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 169. King & Spalding Cash Balance Plan | C | Dividend | L | T | | | | | |
| 170. VANGUARD FTSE ALL-WORLD ex-U.S. INDEX | A | Dividend | | | | | | | |
| 171. Invesco Growth and Income R5 (ACGQX) | A | Dividend | | | | | | | |
| 172. JPMorgan Large Cap Growth R6 (JLGMX) | A | Dividend | | | | | | | |
| 173. RidgeWorth Intl Equity Index I (SIEIX) | A | Dividend | | | | | | | |
| 174. PIMCO Total Return Instl (PTTRX) | A | Dividend | | | | | | | |
| 175. AllianzGI FIXED INCOME SHARES SERIES C (FXICX) | D | Interest | L | T | | | | | |
| 176. AllianzGI FIXED INCOME SHARES SERIES M (FXIMX) | B | Interest | L | T | | | | | |
| 177. BLACKROCK INTERMEDIATE MUNICIPAL FUND INSTL (MAMTX) | A | Interest | | | | | | | |
| 178. GOLDMAN SACHS SHORT DURATION TAX FREE INSTL (GSDUX) | A | Interest | | | | | | | |
| 179. LORD ABBETT INTERMEDIATE TAX FREE FD CL F (LISFX) | A | Interest | | | | | | | |
| 180. THORNBURG INTERMEDIATE MUNI FUND CL I (THMIX) | A | Interest | | | | | | | |
| 181. WISDOMTREE EMERGING MRKT EQUITY INCOME DEM | A | Dividend | | | | | | | |
| 182. FHLMC Q02173 4.5% 41 DUE 07/01/41 | A | Interest | J | T | | | | | |
| 183. FHLMC Q17639 3% 43 DUE 04/01/43 | A | Interest | J | T | | | | | |
| 184. FNMA PL 190404 4.5% 40 DUE 05/01/40 | B | Interest | J | T | | | | | |
| 185. FNMA PL 745580 5% 36 DUE 06/01/36 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 01/06/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 186.  FNMA PL AL3423 5% 40 DUE 05/01/40 | B | Interest | J | T | | | | | |
| 187.  FNMA PL AO2961 4% 42 DUE 05/01/42 | B | Interest | K | T | | | | | |
| 188.  FNMA PL AP1206 3% 43 DUE 02/01/43 | A | Interest | J | T | | | | | |
| 189.  FNMA PL AP3839 3.5% 42 DUE 09/01/42 | A | Interest | J | T | | | | | |
| 190.  FNMA PL AT5675 3.5% 43 DUE 06/01/43 | A | Interest | J | T | | | | | |
| 191.  FNMA PL AU3751 4% 43 DUE 08/01/43 | A | Interest | J | T | | | | | |
| 192.  US TREAS NOT 1.375%02/19 DUE 02/28/19 | A | Interest | | | | | | | |
| 193.  FNMA PL 735402 5%35 DUE 04/01/35 | A | Interest | | | | | | | |
| 194.  FNMA PL AU7258 3.5% 43 DUE 10/01/43 | A | Interest | J | T | | | | | |
| 195.  US TREASU NT 1.125% 12/19 DUE 12/31/19 | A | Interest | J | T | | | | | |
| 196.  US TREASUR NT 0.75% 10/17 DUE 10/31/17 | A | Interest | K | T | | | | | |
| 197.  US TREASURY 2%02/23 BOND DUE 02/15/23 | A | Interest | J | T | | | | | |
| 198.  US TREASURY 2%11/21 BOND DUE 11/15/21 | A | Interest | J | T | | | | | |
| 199.  UST INFL IDX 0.125%07/22 DUE 07/15/22 | A | Interest | K | T | | | | | |
| 200.  UST INFL IDX 2.375%01/25 DUE 01/15/25 | A | Interest | J | T | | | | | |
| 201.  Estate #1 | | | | | | | | | |
| 202.  - Wells Fargo cash acc't | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 01/06/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 203. - Atlanta Postal Credit Union cash acc't | A | Interest | M | T | | | | | |
| 204. - Cornerstone Bank cash acc't | A | Interest | M | T | | | | | |
| 205. - Coca-Cola common stock | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 96, Column A should read as: ISHARES Core Total U.S. Bond Mkt ETF (formerly Ishares Barclays Aggregate Bond Fund)(AGG)

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Julie E. | 01/06/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 96, Column A should read as: ISHARES Core Total U.S. Bond Mkt ETF (formerly Ishares Barclays Aggregate Bond Fund)(AGG)

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Julie E. Carnes

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 1 | 663 | 232 | Notes payable to banks-secured | | | |
| U.S. Government securities – see schedule | | 79 | 738 | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | 8 | 751 | 353 | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | | |
| Real estate owned – see schedule | 1 | 075 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 100 | 000 | | | | |
| Cash value-life insurance | | 37 | 323 | | | | |
| Other assets itemize – see schedule | | 376 | 177 | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | | | 0 |
| | | | | Net Worth | 12 | 082 | 823 |
| Total Assets | 12 | 082 | 823 | Total liabilities and net worth | 12 | 082 | 823 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |